# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 15, 2007

Clifford W. Taylor,
Chief Justice

131463 (75)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DETROIT FIREFIGHTERS ASSOCIATION,
I.A.F.F. LOCAL 344,
        Plaintiff-Appellee,

v

CITY OF DETROIT,
        Defendant-Appellant.

SC: 131463
COA: 266654
Wayne CC: 05-526691-CL

_____/

       On order of the Court, the motion for leave to file a supplemental brief is GRANTED. In light of the new issues being raised on appeal, the parties are directed to file additional supplemental briefs by August 1, 2007, addressing whether *Metropolitan Council No 23 AFSCME v Center Line*, 78 Mich App 281 (1977), correctly held that jurisdiction to enforce section 13 of Act 312, MCL 423.243, resides in the circuit court, and whether the Michigan Employment Relations Commission has primary jurisdiction to enforce section 13, see *Travelers Ins Co v Detroit Edison*, 465 Mich 185 (2001). The Court will determine whether to schedule reargument of the case next term after consideration of the briefs filed pursuant to this order.

       The Michigan Municipal League, the Michigan Association of Counties, Michigan AFSCME Council 25, and the Michigan State AFL-CIO are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 15, 2007

d0612

*Corbin R. Davis*
Clerk